THE UNITED STATE DISTRIC COURT

FOR THE SOUTHERN DISTRICT COURT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| R. ALLEN STANFORD | § | |
| Plaintiff, | § | |
| v. | § | CIVIL CAUSE NO.4:11-cv-00582 |
| STEPHEN KOROTOSH, DAVID REECE, DAVID EDMUNDSON, MICHAEL KING, THOMAS KELTNER, PAUL PELLETIER, GREGG COSTA, CHAD NUNEZ, VANESSA WALTHER, JOHN DOES 1-15, MATTHEW KLECKA, JACK PATRICK, ALLEN MEDINA | § § § § § | |
| Defendants. | | |

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff, R. Allen Stanford, files his notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1. On February 16, 2011, Plaintiff sued defendants.

2. Defendants have not been served with process and have not served an answer or a motion for summary judgment.

3. This case is not a class action.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

7. Due to the pendency of the criminal case, *United States v. R. Allen Stanford, et. al.*, Case No. H-09-342-01, Plaintiff concludes that the claims in this action will be preserved without pursuit of this case at this time.

8. This dismissal is without prejudice to refiling the claims at the conclusion of the criminal proceedings.

Respectfully submitted,

_/s/ Stephen R. Cochell_
Stephen R. Cochell
TX Bar No. 2444255
Fed. Bar No. 38055
The Cochell Law Firm
7026 Old Katy Road, Suite 259
Houston Texas 77024
(713)980-8796 (phone)
(713)980-1179 (fax)

ATTORNEY FOR R. ALLEN STANFORD