IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| R. ALLEN STANFORD | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-11-582 |
| STEPHEN KOROTOSH, DAVID REECE, DAVID EDMUNDSON, MICHAEL KING, THOMAS KELTNER, PAUL PELLETIER, GREGG COSTA, CHAD NUNEZ, VANESSA WALTHER, JOHN DOES 1-15, MATTHEW KLECKA, JACK PATRICK, ALLEN MEDINA | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

Plaintiff in the above styled and numbered cause of action has filed a Notice of Dismissal Without Prejudice (Document No. 7), pursuant to Rule 41(a)(1)(A)(i). Accordingly, it is

ORDERED that this matter is DISMISSED without prejudice, with each party to bear its own expenses.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on March 21, 2011.

Ewing Werlein, Jr.
United States District Judge